Gondephe, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and NELSON M. STERN,
Individually,
      Plaintiff,
vs.

Case No. 1:16-cv-08304-PGG

29 EAST 29TH STREET (NY) OWNERS, LLC,
a Delaware Limited Liability Company,
      Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

**FOR THE PLAINTIFF:**

_____
Lawrence A. Fuller, Esq.
lfuller@fullerfuller.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard; Suite 502
North Miami, FL 33181
(305) 891-5199
and

Nelson M. Stern, Esq.

**FOR THE DEFENDANT:**

_____
Martin H. Orlick, Esq.
Stuart K. Tubis, Esq.
mho@jmbm.com
skt@jmbm.com
JEFFER MANGELS BUTLER &
MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
(415) 398-8080

NELSON M. STERN ATTORNEY AT LAW
New York, NY 10128
Telephone: (917) 774-1330
Facsimile: (212) 717-4061
*Attorneys for the Plaintiff*

Date: June 26, 2017                              Date: June 23, 2017


**SO ORDERED:**

_____
PAUL G. GARDEPHE
United States District Judge

*tm*
June 30, 2017